[Civ. No. 11056. Second Appellate District, Division Two.—June 24, 1936.]

HUGH EVANS et al., Petitioners, v. THE SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent.

W. L. Pollard and S. L. Kurland for Petitioners.

Olson & Olson and Richard C. Olson for Respondent.

McCOMB, J., *pro tem.*—Petitioners seek a writ of mandate to compel respondent to dismiss a certain action entitled *L. H. Booker, as Owner of Shares of Beneficial Interest in said Diversified Real Estate Investments Trust No. 2, an Unincorporated Trust,* v. *Hugh Evans & Co., a Corporation, et al.,* said action being No. 336381 in the files of respondent court.

On a similar set of facts we have this day decided in the case of *Evans* v. *Superior Court,* Second Civil No. 11055 (*ante,* p. 743 [59 Pac. (2d) 159]), the identical question of law involved in the instant case.

Therefore, on the authority of *Evans* v. *Superior Court, supra,* the petition is denied and the alternative writ is dismissed.

Crail, P. J., and Wood, J., concurred.